STEVEN G. KALAR
Federal Public Defender
GABRIELA BISCHOF
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   415.436.7700
Facsimile:   415.436.7706
Email:       Gabriela_Bischof@fd.org

Counsel for Defendant Torres Garcia

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 16-00094-WHO |
| Plaintiff, | **STIPULATED ORDER CONTINUING STATUS CONFERENCE DATE TO SEPTEMBER 8, 2016** |
| v. | |
| JESUS ANDRES TORRES GARCIA, | |
| Defendant. | |

The defendant in the above-entitled case is currently scheduled to appear before the Court on August 18, 2016 at 1:30 p.m. for status conference. Both parties agree and stipulate that we are still in continued negotiations for a resolution of the charges against Mr. Torres Garcia and require additional time to finalize the potential plea agreement.

Both parties accordingly request that the hearing now scheduled for August 18, 2016, be vacated, and that the matter be added to the Court's calendar on Thursday, September 8, 2016, or as soon thereafter as it can be heard, for status conference and change of plea or trial setting.

Therefore, for good cause shown the matter shall be taken off the Court's calendar on Thursday, August 18, 2016. The matter shall be added to the Court's calendar on Thursday, September 8, 2016 at 1:30 p.m. for status conference. The Court finds that due to the need for effective preparation of the

1

defense, the ends of justice outweigh the best interest of the public and the defendant in a speedy trial and accordingly excludes time under the Speedy Trial Act from August 18 to September 8, 2016 in light of the continuing plea negotiations. See 18 USC § 3161(h)(1).

**IT IS SO ORDERED.**

August 17, 2016  
Dated

WILLIAM H. ORRICK  
United States District Judge

IT IS SO STIPULATED.

Dated: August 17, 2016                    /s/  
STEVEN G. KALAR  
Federal Public Defender  
Northern District of California  
GABRIELA BISCHOF  
Assistant Federal Public Defender

Dated: August 17, 2016                    /s/  
BRIAN STRETCH  
United States Attorney  
Northern District of California  
JEROME MAYER-CANTU  
KATHERINE LLOYD-LOVETT  
Assistant United States Attorneys